Joseph Burke, Appellant, v. Louis Westphal and Others, Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Peter Cahill, Respondent, v. United States Casualty Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Joseph F. Clarke Company, Respondent, v. Thomas McLarnon, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Burr, JJ., concurred.

Arthur E. Conklin, Respondent, v. Beakes Dairy Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

William L. David, Appellant, v. Brooklyn Heights Railroad Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Isaac M. Dean, Respondent, v. Bernard Halperin and Others, Defendants, Impleaded with Morris Kamison, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Alonzo E. Dupell, Respondent, v. Carlson Automobile Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Lena Fuchs, Respondent, v. Joseph Benzion and Jacob End, Copartners, etc., Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Bertha Gallagher, as Administratrix, etc., of Henry King, Deceased, Appellant, v. John Hancock Mutual Life Insurance Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Luciano Giuliani, Appellant, v. Ranierio Giuliani, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred. .

Stephen A. Hannigan, an Infant, by Mary Eliz. Hannigan, His Guardian ad Litem, Respondent, v. C. Herbert Bainbridge and Henry C. Bainbridge, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Burr and Rich. JJ., concurred.

James J. Harold, Respondent, v. The Contractors' Supply and Equipment Company, Appellant, Impleaded with T. L. Smith Company.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.; concurred.

Michael J. Hickey, Respondent, v. The Board of Education of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Max Hirshkind, Appellant, v. Manhattan Trust Company and Edward Ashforth, as Executors, etc., of Honora V. Cabassud, Deceased, Respondents.—